UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case :81-00092-CR-JLK

UNITED STATES OF AMERICA
        Plaintiff,
vs.
MARTIN SUAREZ, et al.
        Defendant

## CLERK'S ORDER OF INTENT TO DISPOSE OF EXHIBITS

Pursuant to Local Rule 5.3.C the Clerk's Office in the Southern District of Florida is in the process of purging exhibits introduced into evidence by parties.

### Rule 5.3 C Files and Exhibits

**C. Removal of Exhibits.** All models, diagrams, books, or other exhibits received in evidence or marked for identification in any action or proceeding shall be removed by the filing party within three months after final adjudication of the action or proceeding and disposition of any appeal. Otherwise, such exhibits may be destroyed or otherwise disposed of as the Clerk of the Court may deem proper.

Our records indicate that exhibits were introduced into evidence by parties in the above case. If **you** filed exhibits in this case that were received into evidence and wish to retain these exhibits, you must make arrangements to retrieve them by calling the Clerk's Office at 305-523-5210 within 21 days of the date of this letter. There is 1 envelope of Plaintiff's exhibits. The exhibits are located at 301 North Miami Avenue, Miami. **These exhibits will be destroyed if you do not contact us within 21 days of the date of this letter.**

**PLEASE NOTE: These exhibits have been stored in the Dyer Building Basement in Miami. As a result, these exhibits may contain elevated levels of microbial growth, such as fungi. Retrieval of any exhibits will be in their current condition.**

Done at Miami, Florida this 10th day of June 2010.

Steven M. Larimore
Court Administrator Clerk of Court

By: _____
Deputy Clerk